a                **IN THE UNITED STATES DISTRICT COURT**
                        **FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DANETTE R. DIXON and KANSAS DISABILITY COALITION, INC., | ] ] ] |
| Plaintiffs, | ] ] |
| vs. | ] Case No. 09-cv-1185-EFM-DWB ] |
| CITY OF LYONS, KANSAS, and BOARD OF COUNTY COMMISSIONERS OF RICE COUNTY, KANSAS | ] ] ] ] |
| Defendant. | ] ] |
| _____ | ] |

## **COMPLAINT**

**COME NOW** the plaintiffs and for their cause of action against the defendant allege and state as follows:

1. The plaintiff Danette R. Dixon is a resident of Lyons, Rice County, Kansas and a qualified individual with a disability as defined by the ADA and the Rehabilitation Act and desires to use the programs, services, and facilities of the defendant, including but not limited to telephone emergency services, including 911 services. The plaintiff Danette R. Dixon desires to communicate with 911 services by computer modem utilizing instant messaging services.

2. Plaintiff, Kansas Disability Coalition, Inc., (hereinafter "KDCI") with its principal place of business in Wichita, Sedgwick County, Kansas, and doing business in and serving persons with disabilities in the City of Lyons and Rice County, Kansas, is an organizational representative of persons with disabilities, who are qualified

individuals with a disability, as defined by the Americans with Disabilities Act (ADA) and its implementing regulations. 42 U.S.C. § 12101 *et seq.*, 28 C.F.R. Part 35 and the Rehabilitation Act of 1973.

3. The interests the plaintiff seeks to protect are germane to the plaintiff's purpose. One purpose of the plaintiff is to advocate compliance with the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.

4. Neither the claims asserted, nor the relief requested, require participation of individual members.

5. The defendant City of Lyons, Kansas, can be served with process by serving the City Clerk, Sheila Spielman, at City Hall, 116 East Ave. So., Lyons, Kansas 67554.

6. The defendant Board of County Commissioners of Rice County, Kansas, can be served with process by serving the County Clerk, Alicia Showalter, at 101 West Commercial, Lyons, Kansas 67554.

7. The Defendants, City of Lyons, Kansas, and Board of County Commissioners of Rice County, Kansas, are public entities as defined by 42 U.S.C. § 12131 and are recipients of federal financial assistance.

8. This court has subject matter jurisdiction over this action brought under 42 U.S.C. § 12101, *et seq.* and 29 U.S.C. § 794a.

9. Venue is proper in this judicial district pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 *et seq.*

10. The defendants provide 911 and emergency telephone services to the citizens in their jurisdictions as follows:

   a. In the City of Lyons, when a citizen calls 911 the phone call is placed to the Rice County Sheriff's Dispatcher. During the weekday daytime hours, Rice County will call a Lyons Police Department officer one time by cell phone to dispatch that officer.

   b. When a citizen of Lyons calls 911 after hours during the weekdays or at any time on weekends, the Rice County Dispatcher will determine whether, in his or her judgment, the call is an emergency call. If the call is an emergency, the Rice County Dispatcher will call a Lyons Police Department officer one time by cell phone to dispatch that officer. If the dispatcher determines that in his or her judgment the call is not an emergency, the dispatcher will instruct the caller to place a call to the answering machine at the Lyons Police Department at phone number 257-2355. The caller then leaves a message on the answering machine which is checked hourly by officers on duty.

   c. If the citizen goes to the Lyons Police Department after hours and there is nobody there, the citizen must pick up a red phone to place a call to the Rice County Dispatcher. There is no TDD or computer at the red phone, or in the Lyons Police Department, to allow the citizen to conduct a two-way communication with the Rice County Dispatcher.

11. The defendants have failed and refused to comply with certain provisions of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and its associated regulations, to-wit:

   a. by failing and refusing to provide direct access of telephone emergency services, including 911 services, to individuals who use TDD's and computer modems as required by 28 CFR § 35.162. (The plaintiff Danette R. Dixon is not certain whether the TDD/TTY is operable at Rice County, but she communicates by use of instant messaging services, not TDD/TTY.)

   b. by failing and refusing to provide TDD's or equally effective telecommunications systems where the public entity communicates by telephone with applicants and beneficiaries who have impaired hearing or speech as required by 28 CFR § 35.161.

12. The plaintiff is entitled to a permanent injunction pursuant to the ADA, prohibiting the defendants from continuing to violate the ADA and requiring the defendants to provide direct access to telephone emergency services by persons who use TDD's and computer modems and to provide TDD's or equally effective telecommunications systems where the defendant communicates by telephone with applicants and beneficiaries who have impaired hearing or speech.

13. The plaintiff is entitled to her attorney fees and litigation expenses.

14. Plaintiff designates Wichita, Kansas, as the place of trial.

**WHEREFORE**, Plaintiff prays for an order permanently enjoining the defendants from violating the Americans with Disabilities Act; an order directing the defendants to provide direct contact with a TDD and a computer modem and computer, to pay plaintiffs' attorney fees and litigation expenses, and for their costs.

        DAVID P. CALVERT, P.A.
        Attorney for Plaintiff

        S/ David P. Calvert
        Supreme Court No. 06628
        Attorney for Plaintiffs
        DAVID P. CALVERT, P.A.
        532 N. Market St.
        Wichita, Kansas 67214-3514
        Telephone: (316) 269-9055
        Fax: (316) 269-0440
        Email: lawdpc@swbell.net

## UNSWORN DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2009.

        _____
        Danette R. Dixon